IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| THERESA MARTHA CAROL JOHNSON, | ) ) ) | |
| Plaintiff, | ) ) | NO. 2:16-cv-0026 |
| v. | ) ) | JUDGE CAMPBELL |
| SOCIAL SECURITY ADMINISTRATION, | ) ) ) | MAGISTRATE JUDGE GRAND |
| Defendant. | ) ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Plaintiff's Motion for Judgment on the Administrative Record, (*see* Doc. No. 16), which was filed on March 27, 2018. (Doc. No. 23). In the Report and Recommendation, the Magistrate Judge finds that the Administrative Law Judge's ("ALJ") conclusion that Plaintiff is not disabled is not supported by substantial evidence, and recommends that Plaintiff's motion be granted and the case be remanded to the ALJ for further proceedings. Specifically, the Magistrate Judge finds that the ALJ violated 20 C.F.R. §§ 404.1527(c) and 416.927(c) by failing to consider all of the relevant evidence in the case record and failing to articulate a good reason for discrediting the opinion of Plaintiff's treating physician. (Doc. No. 23 at 12, 13). The Magistrate Judge finds that these errors were not harmless. (Id. at 16).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 23 at 19-20). No objections were filed.

The Court has carefully reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Plaintiff's motion for judgment on the administrative record is **GRANTED** and this case is **REMANDED** to the ALJ for further proceedings consistent with the Report and Recommendation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE